# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTEL RENEE HELEM,<br><br>    Plaintiff,<br><br>v.<br><br>OKLAHOMA DEPARTMENT OF HUMAN SERVICES,<br>TERESA MOY, and<br>JOANN BENSON,<br><br>    Defendants. | Case No. CIV-15-216-RAW |

## ORDER

On May 23, 2016, the court granted the motion to dismiss by the Oklahoma Department of Human Services (hereinafter "DHS"). On June 8, 2016, the court entered a Minute Order directing the Clerk to provide the necessary forms to Plaintiff in order for her to obtain proper service on the remaining individual defendants, Teresa Moy and Joann Benson. The court informed Plaintiff that her failure to return the forms or respond could result in dismissal of the remaining defendants.

On June 21, 2016 Plaintiff filed a brief titled, "Response to Minute Order by Judge Ronald A White by June 22, 2016," wherein she states that she "wishes not to pursue civil litigation on the defendants Teresa Moy and Joann Benson separately from the Department of Human Services as this pertains to the employee actions under the authority of OKDHS." Docket No. 25, p. 2. Plaintiff also notes that she intentionally did not name Sharlene Ballard in her Amended Complaint. Accordingly, the individual defendants are hereby dismissed from this action.

The court notes that Plaintiff continues to argue her case against DHS and asks the court for a continuance or summary judgment so that she can devote more time to learning the rules of federal court. To the extent Plaintiff intended to move that the court reconsider its order granting DHS's motion to dismiss, that motion is denied. Additionally, as this action has now been dismissed as to all defendants, any motion for a continuance or for summary judgment is moot.

**IT IS SO ORDERED** this 24th day of August, 2016.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**