# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTEL RENEE HELEM,<br><br>    Plaintiff,<br><br>v.<br><br>OKLAHOMA DEPARTMENT OF HUMAN SERVICES,<br>TERESA MOY, and<br>JOANN BENSON,<br><br>    Defendants. | Case No. CIV-15-216-RAW |

## JUDGMENT

In accordance with the Order entered on May 23, 2016 and the Order entered contemporaneously herewith, the court hereby enters this judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 24th day of August, 2016.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**